Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00088 |
| | ) | **JOE BROWN** |
| | ) | Magistrate Judge, U.S. District Court |
| MARK D. BRITT | ) | |

## JOINT/AGREED MOTION TO MODIFY THE CONDITIONS OF RELEASE OF MARK D. BRITT

**COMES** now, the accused, **MARK D. BRITT**, by and through counsel, Isaiah S. Gant, Assistant Federal Public Defender, and with the agreement of the United States government, represented by Assistant United States Attorney, Philip H. Wehby, and the United States Probation Department–Pretrial Services Division, represented by Ms. Angela D. Rankin, moves this Honorable Court to enter an order modifying a single condition of Mr. Britt's pretrial release conditions issued on May 21, 2013, (DE 16). One condition of Mr. Britt's pretrial release is that he live with his mother at 1612 Highway #13, Cunningham, Tennessee, 37052.. The parties have agreed to, and have no objection to, modifying said condition to reflect that Mr. Britt may reside in his own residence at 3061 Woody Lane, Clarksville, Tennessee, 37043. All other conditions and special conditions of his pretrial release shall remain the same.

Respectfully prayed and submitted,

/s/ Isaiah S. Gant
Isaiah S. Gant (BPR #025790)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047
E-mail: skip_gant@fd.org

Attorney for Mark Britt