Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | NO. 3:13-00088 |
| | ) | JUDGE TRAUGER |
| MARK D. BRITT | ) | |

### GOVERNMENT'S MOTION TO AMEND INFORMATION

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully moves the Court, pursuant to Fed. R. Crim. P. 7(e), to amend the Information filed in this case to include a reference to the actual notice received by the defendant with regard to the hearing on the order of protection that was issued against him. Specifically, the government requests that the parenthetical immediately following the date "December 20, 2012," be amended to state as follows: "after a hearing of which he received actual notice and at which he had an opportunity to participate,". The government submits that such an amendment does not result in the charging of a different offense or affect a substantial right of the defendant. Defense counsel has been contacted regarding this matter and has no objection to the requested amendment.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney
Middle District of Tennessee

*s/ Philip H. Wehby*

_____
PHILIP H. WEHBY
Assistant U. S. Attorney
110 9th Avenue, South
Suite A-961
Nashville, Tennessee 37203
(615) 736-5151