UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | No. 3:13-00088 |
| ) | **ALETA TRAUGER** |
| ) | U.S. District Court Judge |
| MARK D. BRITT ) | |

## JOINT/AGREED MOTION TO MODIFY THE CONDITIONS OF RELEASE OF MARK D. BRITT

**COMES** now, the accused, **MARK D. BRITT**, by and through counsel, Isaiah S. Gant, Assistant Federal Public Defender, and with the agreement of the United States government, represented by Assistant United States Attorney, Philip H. Wehby, and the United States Probation Department–Pretrial Services Division, represented by Ms. Angela D. Rankin, moves this Honorable Court to enter an order modifying a single condition of Mr. Britt's pretrial release conditions issued on May 21, 2013, (DE 16). One condition of Mr. Britt's pretrial release is that he live with his mother at 1612 Highway #13, Cunningham, Tennessee, 37052.

Thereafter, the parties agreed to, and had no objection to, modifying said condition to reflect that Mr. Britt may reside in his own residence at 3061 Woody Lane, Clarksville, Tennessee, 37043. (DE 19)

Mr. Britt has been sentenced and is now awaiting designation by the Bureau of Prisons. His present lease at 3061 Woody Lane, Clarksville, Tennessee has expired and Mr. Britt, due to his impending incarceration, is in no position to renew the lease and must vacate the premises by no later than Friday, November 8, 2013.

The parties agree and have no objection to once again modify Mr. Britt's condition of release immediately above to reflect that he may again live with his mother at 1612 Highway #13, Cunningham, Tennessee, 37043.